UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 19-cv-0398

vs.

SATIN WAVE LTD, et al.,

        Defendants.

---

### ANSWER OF DEFENDANT
### THE STATE OF WISCONSIN, DEPARTMENT OF REVENUE

---

The State of Wisconsin, Department of Revenue, by its undersigned counsel, answers the Plaintiff's Complaint as follows:

1. Is without knowledge or information sufficient to form a belief as to the allegations in paragraphs 1-9 of the Complaint.

2. Denies the allegations in paragraph 10 of the Complaint, insofar as it applies to this defendant, and affirmatively avers that the State of Wisconsin, Department of Revenue, disclaims any interest in the property described in Exhibit G of the Complaint.

WHEREFORE, it is respectfully requested that the Court grant the Plaintiff the relief requested in the Complaint.

Dated: April 12, 2019.

        Respectfully submitted,

        <u>/s/ James W. McNeilly, Jr.</u>
        James W. McNeilly, Jr., Attorney
        State Bar #1002948
        State of Wisconsin
        Department of Revenue
        Office of General Counsel-Collections
        P.O. Box 8907
        Madison, WI  53708-8907
        608-267-7442
        James.McNeillyJr@wisconsin.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 19-cv-0398

vs.

SATIN WAVE LTD, et al.,

        Defendants.

---

## CERTIFICATE OF SERVICE

---

I, James W. McNeilly, Jr., certify that on April 12, 2019, I served a copy of the foregoing on the following parties, either by electronic delivery through the CM/ECF system, or by causing a copy to be mailed by regular, first class United States mail, postage fully prepaid:

Satin Wave LTD
c/o Ronald Sherrill Jr., Reg. Agt.
6446 W. Fond du Lac Avenue
Milwaukee, WI 53218-4917

Kimyron Bonner
4015 19th Street
Racine, WI 53405-3737

Darron Sherrill
329 Rose Lane
St. Paul, MN 55117-1651

Department of Children & Families
Public Assistance Collection Unit
P.O. Box 8938
Madison, WI 53708-8938

Paulus Construction LLC
c/o Peter N. Paulus, Reg. Agt.
W5011 County Highway H
Fredonia, WI 53021

City of Milwaukee
200 E. Wells Street
Milwaukee, WI 53202

The Estate of Ronald Sherrill Sr.
c/o Sara L. Eberhardy, Personal Rep.
Eberhardy & Eberhardy, LLP
4600 S. Packard Ave, Ste. 3
Cudahy, WI 53110

Ronald Sherrill Jr.
4054A North 24th Place
Milwaukee, WI 53209

Anthony M. Fisher
5124 Millenia Waters Dr., Apt. 2108
Orlando, FL 32839-1870

Concordia University, Inc.
c/o Allen Prochnow, Reg. Agt.
12800 North Lake Shore Drive
Mequon, WI 53097-2418

Capital One Bank USA NA
1680 Capital One Drive
McLean, VA 22102

Livingston Financial LLC
c/o Messerli & Kramer PA
3033 Campus Drive, Ste. 250
Plymouth, MN 55441

DCFS Trust
P.O. Box 551080
Jacksonville, FL 32255

Asset Acceptance LLC
c/o CSC, Reg. Agt.
8040 Excelsior Drive, Ste. 400
Madison, WI 53707

Department of Workforce Development
P.O. Box 7946
Madison, WI 53707-7946

/s/ James W. McNeilly, Jr.
James W. McNeilly, Jr., Attorney
State Bar #1002948
State of Wisconsin,
Department of Revenue
Office of General Counsel-Collections
P.O. Box 8907
Madison, WI  53708-8907
(608)267-7442
