UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 2:19-cv-398

     v.

SATIN WAVE LTD
c/o Ronald Sherrill Jr., Registered Agent
6446 W. Fond du Lac Avenue
Milwaukee, WI 53218-4917,

THE ESTATE OF RONALD SHERRILL, SR.
c/o Sara L. Eberhardy, Personal Representative
Eberhardy & Eberdardy, LLP
4600 S. Packard Ave., Suite #3
Cudahy, WI 53110

KIMYRON BONNER
4015 19th Street
Racine, WI 53405-3737,

RONALD SHERRILL JR.
4054A North 24th Place
Milwaukee, WI 53209,

DARRON SHERRILL
329 Rose Lane
Saint Paul, MN 55117-1651,

ANTHONY M. FISHER
5124 Millenia Waters Drive, Apt. 2108
Orlando, FL 32839-1870,

DEPARTMENT OF CHILDREN & FAMILIES
P.O. Box 8938
Public Assistance Collection Unit
Madison, WI 53708-8938,

PAULUS CONSTRUCTION LLC
c/o Peter N. Paulus, Registered Agent
W5011 County Highway H
Fredonia, WI 53021

WISCONSIN DEPARTMENT OF REVENUE
2135 Rimrock Road
Madison, WI 53713,

CITY OF MILWAUKEE
200 E. Wells Street
Milwaukee, WI 53202,

CONCORDIA UNIVERSITY INC.
c/o Allen Prochnow, Registered Agent
12800 North Lake Shore Drive
Mequon, WI 53097-2418,

ASSET ACCEPTANCE LLC
c/o CSC, Registered Agent
8040 Excelsior Drive, STE 400
Madison, WI 53717,

CAPITAL ONE BANK USA NA
1680 Capital One Drive
McLean, VA 22102,

LIVINGSTON FINANCIAL LLC
c/o Messerli & Kramer PA
3033 Campus Dr., STE 250
Plymouth MN 55441,

DCFS Trust
P.O. Box 551080
Jacksonville FL 32255,

DEPARTMENT OF WORKFORCE DEVELOPMENT
P.O. Box 7946
Madison, WI 53707-7946,

      Defendants.

---

ORDER DISMISSING WISCONSIN DEPARTMENT OF REVENUE

---

  Based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

  1.  That the Wisconsin Department of Revenue has no present ownership interest in or lien on the property that is the subject of the Complaint in this action.

2. The Wisconsin Department of Revenue is hereby dismissed as a defendant from this action.

SO ORDERED the 1st day of May, 2019.

_s/Lynn Adelman_____
Lynn S. Adelman
United States District Judge